# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

July 18, 2018

**By Email and ECF**
Honorable Edgardo Ramos
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10004

Re:   United States v. Kelvin Villalona, 98 Cr. 558 (ER)

Dear Judge Ramos:

      I write to request an adjournment of the supervised release violation sentencing hearing from July 20, 2018 at 11:30 a.m. to October 12, 2018 at 11:30 a.m.

      I have conferred with the U.S. Probation Officer Michael Wasmer and A.U.S.A. Mollie Bracewell and neither objects to this request. The defense seeks this additional time to allow Mr. Villalona additional time on supervision, as Mr. Villalona is currently working and has been compliant with supervision, such that this lengthier track record will give the parties and the Court further information about Mr. Villalona for purposes of sentencing.

Respectfully submitted,

Rita M. Glavin

SK 99287 9999 7954383